MINV (6/29/15) kam

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

### Memorandum

| | |
|---|---|
| To: | NICHOLAS J HENDERSON<br>117 SW Taylor Street #300<br>Portland, OR 97204 |
| From: | Clerk, U.S. Bankruptcy Court |
| Date: | 3/23/17 |
| Subject: | **Involuntary Summons in Case No. 17–31000–tmb7, EcoCab Portland, LLC** |

Included for you to serve within 7 days of the date above is the original Summons in the above case. (Note: You must make copies for service on appropriate parties.) Also included is a blank Certificate of Service that you must complete after service of the Summons.

Immediately after service you must: (a) Complete points 1 and 2 below; (b) Combine the documents together as follows: (i) the fully completed Certificate of Service; (ii) a copy of the Summons; and (iii) this completed Memorandum; and then (c) File that 3 document packet with the court either electronically, or if you are not an ECF participant, at the address below.

1. Name and address of the person to perform duties of debtor:

   _____
   Name and Relationship to debtor (e.g., CEO, President, etc.)

   _____
   Address
   _____

2. Name and address of the debtor's attorney:

   _____
   Name

   _____
   Address
   _____

Please immediately file the completed 3 document packet (in the order prescribed) either electronically, or if you are not an ECF participant, at the following address:

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204