SUMINV (6/29/15) kam

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
F I L E D

March 23, 2017

Clerk, U.S. Bankruptcy Court

BY **kam** DEPUTY

In re )
**EcoCab Portland, LLC** )
Debtor(s) )
) Case No. **17–31000–tmb7**
)
)
)

## INVOLUNTARY CASE SUMMONS

To the above named debtor(s):

A petition under Title 11, United States Code, having been filed on 3/23/17 in this court of bankruptcy, praying for an order for relief under 11 USC §303, Chapter 7.

You are hereby summoned and REQUIRED TO FILE WITH THIS COURT AND TO SERVE upon the petitioners' attorney, whose address is NICHOLAS J HENDERSON 117 SW Taylor Street #300 Portland, OR 97204, A MOTION* OR AN ANSWER to the petition which is herewith served upon you, WITHIN 21 DAYS OF THE DATE THIS SUMMONS WAS SERVED UPON YOU. IF YOU FAIL TO DO SO, AN ORDER FOR RELIEF WILL BE ENTERED.

IF A MOTION OR AN ANSWER IS FILED, you are hereby notified that a TRIAL of the proceeding commenced by this petition SHALL BE SCHEDULED UPON FURTHER NOTICE FROM THE COURT.

YOU ARE NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503)684–3763 or toll–free in Oregon at (800)452–7636.

*If you make a motion, as you may in accordance with Fed.R.Bankr.P. 1011, that rule governs the time within which your answer must be served.

Date of issuance: 3/23/17

/s/ Charlene M Hiss
Clerk, U.S. Bankruptcy Court



Case No. 17–31000–tmb7

# CERTIFICATION OF SERVICE

I, _____ (name)

of _____ (service address)

certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on _____ (date), I served a copy of the attached summons, together with the involuntary petition filed in this case, on:




the debtor(s) in this case by (describe here the mode of service):




on the said debtor(s) at:




I certify under penalty of perjury that the foregoing is true and correct.


Executed on _____ (date)       _____ (signature)