Case No. 17–31000–tmb7

# CERTIFICATION OF SERVICE

I, __Troy G. Sexton__
    (name)

of __Motschenbacher & Blattner, LLP, 117 SW Taylor St, Suite 300 Portland OR 97204__
    (service address)

certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on __3/24/2017__ (date), I served a copy of the attached summons, together with the involuntary petition filed in this case, on:

EcoCab Portland, LLC

the debtor(s) in this case by (describe here the mode of service):

First Class Mail

on the said debtor(s) at:

See attached

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __3/28/2017__          __/s/ Troy G. Sexton__
         (date)                          (signature)



ATTORNEYS SERVING PRIVATELY HELD BUSINESSES AND THEIR OWNERS

# MOTSCHENBACHER & BLATTNER LLP

117 SW TAYLOR STREET, SUITE 300, PORTLAND, OR 97204-3029   PHONE 503-417-0500   FAX 503-417-0501

Troy G. Sexton
Admitted in Oregon
Direct: 503-417-0517
tsexton@portlaw.com
www.portlaw.com

March 24, 2017

Ronald Knori , Registered Agent
3250 NW Yeon Ave., Suite 4-6W
Portland, OR 97210

Ronald Knori, Member
58 Longview Heights Place
Longview, WA 98632

Ecocab Portland, LLC
3250 NW Yeon Ave., Suite 4-6W
Portland, OR 97210

The Eco Group
C/O Corporate Administrative Services Inc
1955 Baring Blvd.
Sparks, NV 89434

Brian Conway, President
The Go Eco Group
15 Elvis Boulevard
Chester, NY 10918

Re:   EcoCab Portland LLC Involuntary Bankruptcy

Ladies and Gentlemen:

Enclosed you will find a Summons and Petition in the Involuntary Bankruptcy case of EcoCab Portland, LLC, Case Number 17-31000-tmb7.

Please contact an attorney if you have any questions.

Very truly yours,

MOTSCHENBACHER & BLATTNER LLP

*Troy G. Sexton*

Troy G. Sexton
[Electronic Signature]

TGS/mp
Enclosures

SUMINV (6/29/15) kam

# UNITED STATES BANKRUPTCY COURT
### District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

March 23, 2017

Clerk, U.S. Bankruptcy Court

BY **kam** DEPUTY

In re )
**EcoCab Portland, LLC** )
Debtor(s) )
) Case No. **17–31000–tmb7**
)
)
)
)

## INVOLUNTARY CASE SUMMONS

To the above named debtor(s):

A petition under Title 11, United States Code, having been filed on 3/23/17 in this court of bankruptcy, praying for an order for relief under 11 USC §303, Chapter 7.

You are hereby summoned and REQUIRED TO FILE WITH THIS COURT AND TO SERVE upon the petitioners' attorney, whose address is NICHOLAS J HENDERSON 117 SW Taylor Street #300 Portland, OR 97204, A MOTION* OR AN ANSWER to the petition which is herewith served upon you, WITHIN 21 DAYS OF THE DATE THIS SUMMONS WAS SERVED UPON YOU. IF YOU FAIL TO DO SO, AN ORDER FOR RELIEF WILL BE ENTERED.

IF A MOTION OR AN ANSWER IS FILED, you are hereby notified that a TRIAL of the proceeding commenced by this petition SHALL BE SCHEDULED UPON FURTHER NOTICE FROM THE COURT.

YOU ARE NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503)684–3763 or toll–free in Oregon at (800)452–7636.

*If you make a motion, as you may in accordance with Fed.R.Bankr.P. 1011, that rule governs the time within which your answer must be served.

Date of issuance: 3/23/17    /s/ Charlene M Hiss
                             Clerk, U.S. Bankruptcy Court



UNITED STATES BANKRUPTCY COURT
District of Oregon

Memorandum

To: NICHOLAS J HENDERSON
117 SW Taylor Street #300
Portland, OR 97204

From: Clerk, U.S. Bankruptcy Court

Date: 3/23/17

Subject: **Involuntary Summons in Case No. 17–31000–tmb7, EcoCab Portland, LLC**

Included for you to serve within 7 days of the date above is the original Summons in the above case. (Note: You must make copies for service on appropriate parties.) Also included is a blank Certificate of Service that you must complete after service of the Summons.

Immediately after service you must: (a) Complete points 1 and 2 below; (b) Combine the documents together as follows: (i) the fully completed Certificate of Service; (ii) a copy of the Summons; and (iii) this completed Memorandum; and then (c) File that 3 document packet with the court either electronically, or if you are not an ECF participant, at the address below.

1. Name and address of the person to perform duties of debtor:

   Ron Knori, former Manager
   Name and Relationship to debtor (e.g., CEO, President, etc.)

   58 Longview Heights Place
   Address

   Longview, WA 98632

2. Name and address of the debtor's attorney:

   Doug Ricks
   Name

   319 SW Washington St, Suite 520
   Address

   Portland, OR 97204

Please immediately file the completed 3 document packet (in the order prescribed) either electronically, or if you are not an ECF participant, at the following address:

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204