Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re<br><br>EcoCab Portland, LLC,<br><br>Alleged Debtor. | Case No. 17-31000-tmb7<br><br>ORDER ALLOWING DOUGLAS R. RICKS TO WITHDRAW AND HAVE HIS NAME DELETED AS ATTORNEY OF RECORD FOR ALLEGED DEBTOR |
|---|---|

Based on the Douglas R. Ricks' Motion to Allow Douglas R. Ricks to Withdraw and Have His Name Deleted as Attorney of Record for Alleged Debtor ("Motion") (Dkt. No. 12) and the Court being fully advised, it is

ORDERED that the Motion is granted.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

/ / /

/ / /

/ / /

/ / /

Page 1 of 2 - ORDER ALLOWING DOUGLAS R. RICKS TO WITHDRAW AND HAVE HIS NAME DELETED AS ATTORNEY OF RECORD FOR ALLEGED DEBTOR

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 17-31000-tmb7    Doc 14    Filed 03/31/17

PRESENTED BY:

/s/Douglas R. Ricks
Douglas R. Ricks, OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Ronald Knori

**First Class Mail:**

EcoCab Portland, LLC
Ron Knori, Registered Agent
3250 NW Yeon Ave Suite 4-6W
Portland, OR 97210

Peoplecredit
8605 Santa Monica Blvd #35697
Los Angeles, CA 90069

**Electronic Mail:**

The foregoing was served on all
CM/ECF participants through the
Court's Case Management/Electronic
Case File system.

Page 2 of 2 - ORDER ALLOWING DOUGLAS R. RICKS TO WITHDRAW AND HAVE HIS NAME DELETED AS ATTORNEY OF RECORD FOR ALLEGED DEBTOR

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 17-31000-tmb7    Doc 14    Filed 03/31/17