DISTRICT OF OREGON
**F I L E D**
March 31, 2017
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_/s/ Trish M. Brown_
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>**ECOCAB PORTLAND, LLC**<br><br>    Alleged Debtor. | Case No. 17-31000-tmb7<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF AN INTERIM CHAPTER 7 TRUSTEE |

  THIS MATTER came before the Court on March 30, 2017 on the Petitioning Creditors' Motion for Appointment of an Interim Chapter 7 Trustee [Docket No. 6] for alleged Debtor EcoCab Portland, LLC (the "Alleged Debtor"); The Petitioning Creditors appeared through their counsel Troy G. Sexton of Motschenbacher & Blattner LLP; Interested Party Ron Knori appeared by and through his counsel Douglas Ricks of Vanden Bos & Chapman LLP: Creditor Icon IPC Property Owner Pool 3 West, LLC, the commercial landlord of the Alleged Debtor, appeared by and through its attorney Joshua D. Stadtler of Dunn Carney LLP; the Court having

Page 1 of 3 – ORDER GRANTING MOTION FOR
    APPOINTMENT OF AN INTERIM
    CHAPTER 7 TRUSTEE

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-31000-tmb7  Doc 15  Filed 03/31/17

reviewed the motion and arguments of counsel, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

The Petitioning Creditors' Motion for Appointment of an Interim Chapter 7 Trustee is GRANTED, with the following instructions:

   a. The United States Trustee shall appoint an Interim Chapter 7 Trustee for the Alleged Debtor;

   b. The appointment of an interim trustee is necessary to secure the property of the Alleged Debtor and to guard against its diminution until an Order for Relief is entered;

   c. The Trustee shall take all steps necessary to protect the debtor's property from diminution or loss until an Order for Relief is entered, including, but not limited to taking possession of all assets belonging to the Alleged Debtor;

   d. Pursuant to Rule 2001(b) of the Federal Rules of Bankruptcy Procedure, the appointment of the interim trustee by the United States Trustee is contingent upon the furnishing of a bond, or a deposit of cash into the Court, by the Petitioning Creditors in the amount of $5,000, conditioned to indemnify the Alleged Debtor for costs, attorney's fees, expenses, and damages allowable under 11 U.S.C. § 303(i); and

   e. Upon the entry of an Order for Relief, the above-mentioned bond or cash deposit shall be released to the Petitioning Creditors.

# # #

Page 2 of 3 – ORDER GRANTING MOTION FOR APPOINTMENT OF AN INTERIM CHAPTER 7 TRUSTEE

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-31000-tmb7    Doc 15    Filed 03/31/17

I certify that I have conferred with the United States Trustee and all interested parties appearing at the hearing regarding this matter, and all parties stated that they had no objection to this form of order.

Presented by:
MOTSCHENBACHER & BLATTNER, LLP

/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Email: tsexton@portlaw.com
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Attorney for Petitioning Creditors.

**PARTIES TO SERVE**

**ECF Electronic Service:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

**Service via First-Class Mail:**

- EcoCab Portland, LLC, 3250 NW Yeon Ave., Portland, OR 97210

Page 3 of 3 – ORDER GRANTING MOTION FOR APPOINTMENT OF AN INTERIM CHAPTER 7 TRUSTEE

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-31000-tmb7    Doc 15    Filed 03/31/17