Below is an Order of the Court.

TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| EcoCab Portland, LLC | ) | Case No. 17-31000-tmb7 |
| | ) | |
| | ) | MOTION TO REJECT AND ABANDON |
| | ) | UNEXPIRED LEASES/EXECUTORY CONTRACT(S), |
| | ) | **AND ORDER AND NOTICE THEREON** |
| Debtor(s) | ) | |

The trustee, Amy Mitchell, moves the court for authority to reject and abandon the following executory contract(s)/unexpired lease(s) pursuant to 11 U.S.C. §365(d) containing the following terms (i.e., summarize contract(s)/lease(s)):

**68-Month Lease Agreement dated March 13, 2015, as amended, and 61-Month Lease Agreement dated Nov. 2, 2015, with ICON IPC Property Owner Pool 3 West, LLC ("Landlord"), for commercial rentable space at 3250 Suites 4-6W and 3340, Suites 11-16, NW Yeon Ave., Portland, OR 97201 (the "Property"). Rent is $22,305/mo. and at least $94,123 is owed by Debtor. Abandonment includes nonrefundable security deposits ($10,685), which may be applied to the debt without further order. The Lease shall be rejected and Landlord may immediately re-lease the Property upon the Court's entry of this Order.**

**LANDLORD RELEASE: Landlord hereby agrees that the Trustee/Estate shall not be liable for any administrative / priority claim of Landlord or its agents related to the Property. Any pre- or post-petition claims asserted by Landlord shall be filed as a general unsecured proof of claim. Landlord and its successors and assigns acknowledge possession of and responsibility for all personal property and fixtures in the Property, all of which shall be abandoned by Trustee's notices to be immediately issued, but may remain subject to interests of secured creditors.**

**SIGNED: /s/ Neil A. Klein**
**Neil A. Klein, duly-authorized repr. of Landlord, on April 26, 2017**

DATE: 4/28/17

/s/ Amy Mitchell
Trustee

 ***** SEE NEXT PAGE *****

IT IS ORDERED AND NOTICE IS GIVEN that the trustee's request is authorized, without further order of this Court, to reject and abandon the executory contract(s)/unexpired lease(s) listed above, HOWEVER, the Court may reconsider this Order if within 16 days of the date in the "FILED" stamp on page 1 an interested party BOTH: (1) files a written Motion for reconsideration and request for hearing, setting forth the specific grounds for such Motion, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy on the trustee at _____.

###