**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)*   **17-31000-tmb7**          Chapter   **7**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **EcoCab Portland, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |   **47-1949732** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3250 NW Yeon Ave** <br> **Portland, OR 97210** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Multnomah** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

                    Case 17-31000-tmb7    Doc 64    Filed 05/18/17

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

          Contact name _____

          Phone _____

---

**████ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2017**
                MM / DD / YYYY

**X /s/ Ronald Knori**                             **Ronald Knori**
      Signature of authorized representative of debtor               Printed name

Title    **Former Owner, Court Appointed Designee**

**18. Signature of attorney**

**X /s/ Douglas R. Ricks**                 Date   **May 17, 2017**
Signature of attorney for ~~debtor~~ Designee            MM / DD / YYYY

**Douglas R. Ricks**
Printed name

**Vanden Bos & Chapman, LLP**
Firm name

**319 SW Washington**
**Suite 520**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone   **503-241-4869**       Email address

**044026**
Bar number and State

Fill in this information to identify the case:

Debtor name    **EcoCab Portland, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **17-31000-tmb7**

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2017**     X **/s/ Ronald Knori**

                                                   Signature of individual signing on behalf of debtor

                                                   **Ronald Knori**

                                                   Printed name

                                                   **Former Owner, Court Appointed Designee**

                                                   Position or relationship to debtor

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*...............................................................................    $          **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..........................................................................    $       **1,989,538.00**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................    $       **1,989,538.00**

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $       **1,856,454.79**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $        **390,000.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$       **2,617,485.04**

4.    Total liabilities .......................................................................................................
     Lines 2 + 3a + 3b          $       **4,863,939.83**

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **US Bank** | **Checking** | **5305** | $48,120.00 |
| 3.2. | **Bank of America - Balance on 3/23/17 was negative. ($-247.25)** | **Checking** | **0425** | $0.00 |
| 3.3. | **Bank of America - Balance on 3/23/17** | **Checking** | **0454** | $1,690.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **Check payable from Access 2 Care (Turned over to trustee)** | $15,500.00 |

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $65,310.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.   **ICON IPC Property Owner Pool 3 West, LLC - Nonrefundable security deposit of $10,685**      **$0.00**

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                                          **$0.00**
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Approx. 8 desks, chairs, file cabinets** | **$0.00** | | **Unknown** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and**
     **communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $0.00 |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|     47.1. **See Attached Sheet for complete list of vehicles** | $0.00 | | $1,909,228.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Charging stations for electric cars (wired into building) - Bosch EV Chargers; Blink EV charger (old technology); Nissan Sumitomo fast charger; Tesla Wall Charger  (Trustee abandoned charges noting minimal liquidation value)** | $0.00 | | Unknown |
|     **3 cases of cameras purchased for the vehicles (in the possession of Reese Bartlett)** | $0.00 | | $15,000.00 |

| 51. | **Total of Part 8.** | $1,924,228.00 |
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Commercial rentable space at 3250 Suites 4-6W and 3340, Suites 11-16, NW Yeon Ave., Portland, OR 97201** | **Leased** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **Claims against Uber and City of Portland**                                    Unknown

     | Nature of claim | **Unfair Trade Practices** |
     |---|---|
     | Amount requested | **$0.00** |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
     **Office supplies, microwave, small refrigerator and misc. items**                Unknown

78.  **Total of Part 11.**                                                            $0.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $65,310.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,924,228.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,989,538.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,989,538.00 |

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Advantage Funding**<br>Creditor's Name<br><br>**14402 Collections Center Drive**<br>**Chicago, IL 60693**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 1136**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**NEW CREDITOR - TO BE ADDED BY AMENDMENT**<br>**ADA Van or Vans**<br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$82,830.00** | **$0.00** |
| **2.2** **Ally Financial**<br>Creditor's Name<br><br>**LSR VAUL Trust**<br>**PO Box 8128**<br>**Cockeysville, MD 21030**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Additional Notice**<br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$0.00** | **$0.00** |

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial, Inc.** | Describe debtor's property that is subject to a lien | $37,011.34 | $34,950.00 |

Creditor's Name

**c/o Eric Marshack, Esq**
**13555 SE 36th St, Ste 300**
**Bellevue, WA 98006**
Creditor's mailing address

**Vehicle Lease on 2014 MVLLC MV -1 Mobility Van - VIN #57WMD1A63EM100605**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Financial, Inc.** | Describe debtor's property that is subject to a lien | $37,011.34 | $34,950.00 |

Creditor's Name

**c/o Eric Marshack, Esq**
**13555 SE 36th St, Ste 300**
**Bellevue, WA 98006**
Creditor's mailing address

**Vehicle Lease on 2014 MVLLC MV -1 Mobility Van- VIN #57WMD1A67EM100610**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally Financial, Inc.** | Describe debtor's property that is subject to a lien | $37,011.34 | $34,950.00 |

Creditor's Name

**c/o Eric Marshack, Esq**
**13555 SE 36th St, Ste 300**
**Bellevue, WA 98006**
Creditor's mailing address

**Vehicle Lease on 2014 MVLLC MV -1 Mobility Van - VIN#57WMD2A69EM101795**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

---

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Ally Financial, Inc.** | | | |
|---|---|---|---|---|

Creditor's Name

**c/o Eric Marshack, Esq**
**13555 SE 36th St, Ste 300**
**Bellevue, WA 98006**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien    $79,739.77    $55,800.00

**Vehicle Lease on 2015 Tesla S85 - VIN #575YJSA1E15FF114664**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Bank of America** | | | |
|---|---|---|---|---|

Creditor's Name

**c/o Bankruptcy Dept**
**475 Cross Point Hwy**
**PO Box 9000**
**Getzville, NY 14068**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien    $37,000.00    $30,000.00

**NEW CREDITOR TO BE ADDED BY AMENDMENT**
**2017 Chevy Bolt**

**Describe the lien**

**Holds Title**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Ford Motor Credit Company, LLC** | Describe debtor's property that is subject to a lien | $40,210.96 | $26,525.00 |
|---|---|---|---|---|

Creditor's Name

**Vehicle - VIN #1FMZKICM3GKA15513**

**c/o Eric Marshack, Esq
13555 SE 36th St, Ste 300
Bellevue, WA 98006**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
3615**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ford Motor Credit Company, LLC** | **Describe debtor's property that is subject to a lien** | $37,333.41 | $26,525.00 |
|---|---|---|---|---|

Creditor's Name

**Vehicle - VIN #1FMZK1CM0GKB25953**

**c/o Eric Marshack, Esq
13555 SE 36th St, Ste 300
Bellevue, WA 98006**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
3751**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Ford Motor Credit Company, LLC** | **Describe debtor's property that is subject to a lien** | $37,333.41 | $26,525.00 |
|---|---|---|---|---|

Creditor's Name

**Vehicle - VIN#1FMZK1CM2GKB25954**

**c/o Eric Marshack, Esq
13555 SE 36th St, Ste 300
Bellevue, WA 98006**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
3465**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Ford Motor Credit Company, LLC** | | $40,210.96 | $26,525.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Eric Marshack, Esq**
**13555 SE 36th St, Ste 300**
**Bellevue, WA 98006**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3513**

**Describe debtor's property that is subject to a lien**
**Vehicle - VIN #1FMZK1CM8GKB25960**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Ford Motor Credit Company, LLC** | | $37,333.41 | $26,525.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Eric Marshack, Esq**
**13555 SE 36th St, Ste 300**
**Bellevue, WA 98006**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2904**

**Describe debtor's property that is subject to a lien**
**Vehicle  - VIN#1FMZK1CM1GKA15512**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Ford Motor Credit Company, LLC** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 62180**
**Colorado Springs, CO**
**80962**

**Describe debtor's property that is subject to a lien**
**Additional Notice**

---

|  | Creditor's mailing address | Describe the lien |
|---|---|---|

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Hitachi** | Describe debtor's property that is subject to a lien | **$47,666.90** | **$25,000.00** |
|---|---|---|---|---|

Creditor's Name

**800 Connecticut Ave**
**Norwalk, CT 06854**

**Vehicle - VIN #1FTYR1CM9GKB32766**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Hitachi** | Describe debtor's property that is subject to a lien | **$47,424.48** | **$25,000.00** |
|---|---|---|---|---|

Creditor's Name

**800 Connecticut Ave**
**Norwalk, CT 06854**

**Vehicle - VIN #1FTYR1CM9GKB48282**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5002**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Hitachi** | Describe debtor's property that is subject to a lien | $47,294.76 | $38,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**800 Connecticut Ave**
**Norwalk, CT 06854**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Vehicle - VIN#1FMZK1CM7HKA11840**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5003**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 7 | **Hitachi** | Describe debtor's property that is subject to a lien | $47,294.76 | $38,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**800 Connecticut Ave**
**Norwalk, CT 06854**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Vehicle - Vin#1FMZK1CM0HKA11839**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5004**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 8 | **Peoplecredit** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**8605 Santa Monica Blvd**
**Los Angeles, CA 90069**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC Financing Statement #90951830**

**Describe the lien**
**Blanket Lien**

---

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Red Canoe Credit Union** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |

Creditor's Name

**c/o Michelle Bertolino, Esq**
**121 SW Morrison, Ste 600**
**Portland, OR 97204**

**Additional Notice**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Red Canoe Credit Union** | **Describe debtor's property that is subject to a lien** | **$33,850.51** | **$51,159.00** |

Creditor's Name

**PO Box 3020**
**Longview, WA 98632**

**Vehicle - VIN #57WMD2A67EM101858**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**L816**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 17-31000-tmb7     Doc 64     Filed 05/18/17

| 2.2 1 | **Red Canoe Credit Union** | Describe debtor's property that is subject to a lien | $58,105.57 | $90,000.00 |
|---|---|---|---|---|

Creditor's Name

**5 Nissan Leaf Vehicles - VIN #1N4AZ0CPXDC411063; VIN #1N4AZ0CP7DC403177; VIN #1N4AZ0CP9DC407523; #1N4AZ0CP8DC405150 and VIN #1N4AZ0CP8DC402121**

**PO Box 3020**
**Longview, WA 98632**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**L815**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Red Canoe Credit Union** | Describe debtor's property that is subject to a lien | $465,972.75 | $597,440.00 |
|---|---|---|---|---|

Creditor's Name

**6 2014 & 2015 Tesla Model S Vehicles - VIN #5YJSA4H17FFP73049; VIN #5YJSA1H19EFP30507; VIN #5YJSA4H13FFP76188; VIN #5YJSA4H16FFP73012; VIN #5YJSA1H1XEFP37692; VIN #5YJSA4H29FFP79900**

**PO Box 3020**
**Longview, WA 98632**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**L818**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Red Canoe Credit Union** | Describe debtor's property that is subject to a lien | $33,850.51 | $51,159.00 |
|---|---|---|---|---|

Creditor's Name

**Vehicle - VIN #57WMD2A6XEM101806**

**PO Box 3020**
**Longview, WA 98632**

| | Creditor's mailing address | **Describe the lien** | | |
|---|---|---|---|---|
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** **L817** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| | | | | |
|---|---|---|---|---|
| 2.2 4 | **Red Canoe Credit Union**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Vehicle - VIN #5YJSA1H12EFP58083** | **$62,679.95** | **$96,150.00** |
| | **PO Box 3020**<br>**Longview, WA 98632**<br>Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** **L812** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| | | | | |
|---|---|---|---|---|
| 2.2 5 | **Red Canoe Credit Union**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Vehicle - VIN #5YJSA1H16FFP69380** | **$60,064.66** | **$96,360.00** |
| | **PO Box 3020**<br>**Longview, WA 98632**<br>Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** **L811** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 6 | **Red Canoe Credit Union** | Describe debtor's property that is subject to a lien | $60,697.42 | $96,360.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 3020
Longview, WA 98632**

**Vehicle - VIN #5YJSA1H18FFP70935**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
7L81**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 7 | **Red Canoe Credit Union** | Describe debtor's property that is subject to a lien | $48,301.97 | $90,000.00 |
|---|---|---|---|---|

Creditor's Name

**5 Nissan Leaf Vehicles - VIN
#1N4AZ0CP5DC409799; VIN
#1N4AZ0CP5DC408822; VIN
#1N4AZ0CP5DC408007; VIN
#1N4AZ0CP5DC405943 and VIN
#1N4AZ0CP5DC403817**

**PO Box 3020
Longview, WA 98632**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
L814**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 8 | **Red Canoe Credit Union** | Describe debtor's property that is subject to a lien | $68,669.58 | $105,450.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 3020
Longview, WA 98632**

**Vehicle - VIN #5YJSA1H18EFP62543**

---

|  | Creditor's mailing address | | **Describe the lien** |
| | | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**L813**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.29**

**Red Canoe Credit Union**
Creditor's Name


**PO Box 3020**
**Longview, WA 98632**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC Financing Statement #90614929; CPE200T-S-CHD-CMB, CPE200 Family, Dual Cord 50kW DC charging station with combo and ChaDemo connectors**

Unknown    Unknown

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7047**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.30**

**TEC Mobility/Ally Financial**
Creditor's Name
**Ally Detroit Ctr**
**500 Woodward Ave**
**Detroit, MI 48226**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Additional Notice**

$0.00    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.3 1** | **Toyota Motor Credit Corp** | | | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Additional Notice**

**Po Box 105386**
**Atlanta, GA 30348**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.3 2** | **Toyota Motor Credit Corp** | | | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Additional Notice**

**PO Box 8026**
**Cedar Rapids, IA 52408**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.3 3** | **Toyota Motor Credit Corp.** | | | **$17,636.17** | **$13,850.00** |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Vehicle - VIN#: JTDKN3DU7F0480376**

**c/o Lisa McMahon-Myhran**
**901 5th Ave, #400**
**Seattle, WA 98164**

Creditor's mailing address

**Describe the lien**

---

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | | | | |
|---|---|---|---|---|
| **Toyota Motor Credit Corp.** | | | $21,706.59 | $16,425.00 |

Creditor's Name

**c/o Lisa McMahon-Myhran**
**901 5th Ave, #400**
**Seattle, WA 98164**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Vehicle - VIN#: JTDKBRFU7G3528175**

**Describe the lien**

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | | | | |
|---|---|---|---|---|
| **Toyota Motor Credit Corp.** | | | $19,770.09 | $12,400.00 |

Creditor's Name

**c/o Lisa McMahon-Myhran**
**901 5th Ave, #400**
**Seattle, WA 98164**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Vehicle - VIN# JTDKDTB35G1139972**

**Describe the lien**

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

| 2.3 6 | **Toyota Motor Credit Corp.** | Describe debtor's property that is subject to a lien | $20,075.37 | $12,400.00 |

**Toyota Motor Credit Corp.**
Creditor's Name

**c/o Lisa McMahon-Myhran**
**901 5th Ave, #400**
**Seattle, WA 98164**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Vehicle - VIN#: JTDKDTB36G1589212**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Toyota Motor Credit Corp.** | Describe debtor's property that is subject to a lien | $25,222.43 | $16,425.00 |

**Toyota Motor Credit Corp.**
Creditor's Name

**c/o Lisa McMahon-Myhran**
**901 5th Ave, #400**
**Seattle, WA 98164**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Vehicle - VIN# JTDKARFU2G3523016**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **Toyota Motor Credit Corp.** | Describe debtor's property that is subject to a lien | $23,096.64 | $16,425.00 |

**Toyota Motor Credit Corp.**
Creditor's Name

**c/o Lisa McMahon-Myhran**
**901 5th Ave, #400**
**Seattle, WA 98164**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Vehicle - VIN#: JTDKBRFU0G3016113**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

---

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 9**

**US Bank Equipment Finance**
Creditor's Name

**1310 Madrid St**
**Marshall, MN 56258**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9000**

**Describe debtor's property that is subject to a lien**
**Additional Notice**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00     $0.00

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4 0**

**US Bank Equipment Finance**
Creditor's Name

**c/o Mark B. Comstock**
**1011 Commerical St. NE**
**Salem, OR 97301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**NEW CREDITOR - TO BE ADDED BY AMENDMENT**
**Vehicle - VIN#5YJSA1H1XEFP62494**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$72,023.87     $48,975.00

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4 1**

**US Bank Equipment Finance**

**Describe debtor's property that is subject to a lien**

$72,023.87     $48,975.00

---

Creditor's Name

**c/o Mark B. Comstock**
**1011 Commerical St. NE**
**Salem, OR 97301**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**NEW CREDITOR - TO BE ADDED BY AMENDMENT**
**Vehicle - VIN#5YJSA1H1XEFP62190**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,856,454.79**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

|  |  |
| --- | --- |
| **IRS**<br>**Attn: Attorney General of United**<br>**States**<br>**10th Constitution NW #4400**<br>**Washington, DC 20530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |

|  |  |
| --- | --- |
| **IRS**<br>**Attn: Civil Process Clerk**<br>**U.S. Attorney, District of Oregon**<br>**1000 SW 3rd, #600**<br>**Portland, OR 97204-2936** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100,000.00** | **$0.00** |
| | **IRS** | Check all that apply. | | |
| | **Centralized Insolvency Operation** | ☐ Contingent | | |
| | **P. O. Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101** | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**2016 Tax Liability**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50,000.00** | **$50,000.00** |
| | **IRS** | Check all that apply. | | |
| | **Centralized Insolvency Operation** | ☐ Contingent | | |
| | **P. O. Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101** | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**2017 Estimated Tax Liability**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,000.00** | **$0.00** |
| | **ODR** | Check all that apply. | | |
| | **ATTN: Bankruptcy Unit** | ☐ Contingent | | |
| | **955 Center St NE** | ☐ Unliquidated | | |
| | **Salem, OR 97301** | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**2015 Tax Liability**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **ODR** | Check all that apply. | | |
| | **c/o Ellen Rosenblum, Attorney** | ☐ Contingent | | |
| | **General** | ☐ Unliquidated | | |
| | **Oregon Department of Justice** | ☐ Disputed | | |
| | **1162 Court St, NE** | | | |
| | **Salem, OR 97301-4096** | | | |

Date or dates debt was incurred | Basis for the claim:
**Precautionary**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100,000.00** | **$100,000.00** |

| 2.7 | Priority creditor's name and mailing address<br>**ODR**<br>**ATTN: Bankruptcy Unit**<br>**955 Center St NE**<br>**Salem, OR 97301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** | **$100,000.00** |

Date or dates debt was incurred

Basis for the claim:
**2016 Tax Liability**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No

☐ Yes

---

| 2.8 | Priority creditor's name and mailing address<br>**ODR**<br>**ATTN: Bankruptcy Unit**<br>**955 Center St NE**<br>**Salem, OR 97301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,000.00** | **$10,000.00** |

Date or dates debt was incurred

Basis for the claim:
**2017 Estimated Tax Liability**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No

☐ Yes

---

| 2.9 | Priority creditor's name and mailing address<br>**State of Oregon**<br>**Employment Dept.**<br>**875 Union St NE, Room 107**<br>**Salem, OR 97311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120,000.00** | **$120,000.00** |

Date or dates debt was incurred

Basis for the claim:
**NEW CREDITOR**
**2015-2017 Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,714.50** |

Date(s) debt was incurred _

Last 4 digits of account number  <u>1005</u>

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**credit card debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

　　　　　Name

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Conway**
**15 Elvis Blvd**
**Chester, NJ 10918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**Notice for Liberated Energy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Carebourn Capital L.P.**
**8700 Blackoaks Ln. N**
**Maple Grove, MN 55311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Promissory notes convertible into common stock**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262.00 |
|---|---|---|---|

**City of Portland**
**1300 SE Gideon St**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number　**5663**

Basis for the claim:　**NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Fire Inspection Fee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colonial Funding**
**120 W. 45th St 2nd Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Additional Notice re: Hunter, Caroline**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connie Davis**
**1770 S Silver Lake Rd**
**Castle Rock, WA 98611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**Joint obligation with Dan Davis**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**Dan  Davis**
**1770 S Silver Lake Rd**
**Castle Rock, WA 98611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**Non-negotiable Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dunn Carney, LLP**
**c/o Joshua D. Stadtler**
**851 SW 6th Ave #1500**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:　**Notice for Landlord**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,372.00 |

**Ecocab, LLC**
**3250 NW Yeon Ave.**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loans**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ECP LLC**
**c/o Ronald Knori R.A.**
**3250 NW Yeon Ave Ste 4-6W**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**Greg Larson**
**819 N College Ave Unit F103**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Convertible Note with Membership interests**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Hughes Electrical Contractors**
**10490 NW Jackson Quarry Rd**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Electrical Service Call**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hunter Davisson**
**1800 SE Pershing St**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**HVAC Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,992.90 |

**Hunter, Caroline**
**845 SW 17th St.**
**Fort Lauderdale, FL 33315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,123.00 |

**ICON IPC Property Owner Pool 3 West, LLC**
**c/o Corp Serv Co RA**
**1127 Broadway St NE #310**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Landlord - Back Rent**

Is the claim subject to offset? ■ No ☐ Yes

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jamie Harker**
**16126 SE 249th Place**
**Covington, wa 98042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   **Joint on Obligation with Paul Bernal re: Convertible Note with Membership interests**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Jennifer and Travis Wenger**
**148 Black Jack Drive**
**Kalama, WA 98625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   **NEW CREDITOR -TO BE ADDED BY AMENDMENT Convertible Note with Membership interests**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**John McRoberts**
**25438 161st Ave SE**
**Covington, WA 98042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   **Convertible Note with Membership interests**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,000.00 |
|---|---|---|---|

**LG Capital Funding LLC**
**1218 Union St Ste 2**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   **NEW CREDITOR -TO BE ADDED BY AMENDMENT Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Liberated Energy, Inc.**
**2 Coleman Ct**
**Southampton, NJ 08088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   **Notice; aka The GO Eco Group**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Liberty Mutual Insurance**
**175 Berkely St.**
**Boston, MA 02117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number   **5504**

Basis for the claim:   **NEW CREDITOR -TO BE ADDED BY AMENDMENT Balance of Workers Comp policy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,000.00 |
|---|---|---|---|

**Mackley and Mackley,PLLC**
**6542 40th Ave SW**
**Seattle, WA 98136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   **NEW CREDITOR -TO BE ADDED BY AMENDMENT Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Marc Motors Inc**
**2415 Stirling Rd**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,342.28 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Marlin Business Services Corp**
**2795 Cottonwood Pkwy Ste 120**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3001**

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Phone System**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127,323.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Nelda Knori**
**150 Stella Lane**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Loans**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Patricia A. Verdine**
**c/o Karl G. Anuta, Esq.**
**735 SW 1st Ave**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Negligence Claim against Ecocab employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Paul Bernal**
**16126 SE 249th Place**
**Covington, WA 98042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Convertible Note with Membership interests**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,091.79 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**PGE**
**P.O Box 4438**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3894**

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.25 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**PGE**
**P.O Box 4438**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$283.01** |

**PGE**
**P.O Box 4438**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  7558**

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155,975.00** |

**Ronald Knori**
**58 Longview Heights Pl**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Former Owner**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |

**Signmasters**
**1317 15th Ave**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **NEW CREDITOR -TO BE ADDED BY AMENDMENT**
**Vinyl Lettering**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**State of Oregon**
**c/o Ellen Rosenblum, Attorney General**
**Oregon Department of Justice**
**1162 Court St, NE**
**Salem, OR 97301-4096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Precautionary**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,761.00** |

**State of Oregon**
**Wage Security Fund**
**800 NE Oregon St Suite 1045**
**Portland, OR 97232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **NEW CREDITOR - TO BE ADDED BY AMENDMENT**
**Unknown employees owed back wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**The Eco Group**
**c/o Corporate Admin Svcs**
**1955 Baring Blvd**
**Sparks, NV 89434**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,277,016.00** |

**Twin City Painting, Inc.**
**1424 Commerce Ave**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Loans**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **EcoCab Portland, LLC** | Case number (*if known*) | **17-31000-tmb7** |
|---|---|---|---|
| | Name | | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.10 |
|---|---|---|---|

**United Fire, Health & Safety**
**4611 NE MLK Jr. Blvd**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4400__

Basis for the claim:  __Fire Extinguisher Servicing__

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $221.21 |
|---|---|---|---|

**Waste Management**
**PO Box 541065**
**Los Angeles, CA 90054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3300__

Basis for the claim:  __NEW CREDITOR -TO BE ADDED BY AMENDMENT__
__Garbage Service__

Is the claim subject to offset? ☒ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 390,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,617,485.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,007,485.04 |

---

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

**Fill in this information to identify the case:**

Debtor name **EcoCab Portland, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **17-31000-tmb7**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Leases on 3 2014 MVLLC MV -1 Mobility Vans and 1 2015 Tesla S85; All entered into on 3/25/16; Lessor obtained relief from Stay on 4/19/17** | |
| State the term remaining | | **Ally Financial, Inc.** |
| List the contract number of any government contract | | **c/o Eric Marshack, Esq** **13555 SE 36th St, Ste 300** **Bellevue, WA 98006** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **68 month leases dated 3/13/15 and 61 month Lease dated 11/2/15 for commercial space at 3250 NW Yeon Ave, Suites 4-6W and 11-16; Rent $22,305/mth** | |
| State the term remaining | | **ICON IPC Property Owner Pool 3 West, LLC** |
| List the contract number of any government contract | | **c/o Corp Serv Co RA** **1127 Broadway St NE #310** **Salem, OR 97301** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease on 2014 MVLLC MV -1 Mobility Van - VIN#57WMD1A6XEM100715; Began 6/2016; Expires 6/2020; $799.62/mth** | |
| State the term remaining | | **Santander** |
| List the contract number of any government contract | | **575 Boylston St # 1** **Boston, MA 02116** |

Case 17-31000-tmb7     Doc 64     Filed 05/18/17



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease on 2016 Tesla Model X - VIN#YJXCAE21GF0039 27;  Began 6/2016; Expires 6/2020; $2,297.32/mth** | |
|---|---|---|---|
| | State the term remaining | | **Santander** |
| | List the contract number of any government contract | | **575 Boylston St # 1 Boston, MA 02116** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease on 2015 Ford Transit Van - VIN#1FTNE1CMXFKB29 582; Began 7/2016; Expires 7/2020; $1,150/mth** | |
|---|---|---|---|
| | State the term remaining | | **Signature Financial** |
| | List the contract number of any government contract | | **225 Broadhollow Rd Suite 132W Melville, NY 11747** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease on 2015 Ford Transit Van  - VIN#1FTNE1CM3FKB29 584; Began 7/2016; Expires 7/2020; $1,150/mth** | |
|---|---|---|---|
| | State the term remaining | | **Signature Financial** |
| | List the contract number of any government contract | | **225 Broadhollow Rd Suite 132W Melville, NY 11747** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease on 2015 Ford Transit Van  - VIN#FTNE1CM1FKB295 83; Began 7/2016; Expires 7/2020; $1,150/mth** | |
|---|---|---|---|
| | State the term remaining | | **Signature Financial** |
| | List the contract number of any government contract | | **225 Broadhollow Rd Suite 132W Melville, NY 11747** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease on 2015 Ford Transit Van  - VIN#1FTNE1CM6FKB183 67; Began 8/2016; Expires 8/2020; $1,150/mth** | |
|---|---|---|---|
| | State the term remaining | | **Signature Financial** |
| | List the contract number of any | | **225 Broadhollow Rd Suite 132W Melville, NY 11747** |

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

Debtor name **EcoCab Portland, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **17-31000-tmb7**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Ronald Knori** | **58 Longview Heights Place Longview, WA 98632** | **Ally Financial, Inc.** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Ronald Knori** | **58 Longview Heights Place Longview, WA 98632** | **Ally Financial, Inc.** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Ronald Knori** | **58 Longview Heights Place Longview, WA 98632** | **Ally Financial, Inc.** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Ronald Knori** | **58 Longview Heights Place Longview, WA 98632** | **Ally Financial, Inc.** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Ronald Knori** | **58 Longview Heights Place Longview, WA 98632** | **American Express** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Ronald Knori** | 58 Longview Heights Place<br>Longview, WA 98632 | **Colonial Funding** | ☐ D _____<br>■ E/F _**3.5**_<br>☐ G _____ |

| 2.6 | **Ronald Knori** | 58 Longview Heights Place Longview, WA 98632 | **Colonial Funding** | ☐ D _____  ■ E/F **3.5**  ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Ronald Knori** | 58 Longview Heights Place Longview, WA 98632 | **Dan  Davis** | ☐ D _____  ■ E/F **3.7**  ☐ G _____ |
| 2.8 | **Ronald Knori** | 58 Longview Heights Place Longview, WA 98632 | **Greg Larson** | ☐ D _____  ■ E/F **3.11**  ☐ G _____ |
| 2.9 | **Ronald Knori** | 58 Longview Heights Place Longview, WA 98632 | **Hunter Davisson** | ☐ D _____  ■ E/F **3.13**  ☐ G _____ |
| 2.10 | **Ronald Knori** | 58 Longview Heights Place Longview, WA 98632 | **Jennifer and Travis Wenger** | ☐ D _____  ■ E/F **3.17**  ☐ G _____ |
| 2.11 | **Ronald Knori** | 58 Longview Heights Place Longview, WA 98632 | **John McRoberts** | ☐ D _____  ■ E/F **3.18**  ☐ G _____ |
| 2.12 | **Ronald Knori** | 58 Longview Heights Place Longview, WA 98632 | **Marlin Business Services Corp** | ☐ D _____  ■ E/F **3.24**  ☐ G _____ |
| 2.13 | **Ronald Knori** | 58 Longview Heights Place Longview, WA 98632 | **Paul Bernal** | ☐ D _____  ■ E/F **3.27**  ☐ G _____ |

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Ronald Knori** | 58 Longview Heights Place<br>Longview, WA 98632 | **PGE** | ☐ D _____<br>■ E/F  **3.28**<br>☐ G _____ |

| 2.15 | **Ronald Knori** | 58 Longview Heights Place<br>Longview, WA 98632 | **PGE** | ☐ D _____<br>■ E/F  **3.29**<br>☐ G _____ |

| 2.16 | **Ronald Knori** | 58 Longview Heights Place<br>Longview, WA 98632 | **PGE** | ☐ D _____<br>■ E/F  **3.30**<br>☐ G _____ |

| 2.17 | **Ronald Knori** | 58 Longview Heights Place<br>Longview, WA 98632 | **Toyota Motor Credit Corp** | ■ D  **2.32**<br>☐ E/F _____<br>☐ G _____ |

| 2.18 | **Ronald Knori** | 58 Longview Heights Place<br>Longview, WA 98632 | **Toyota Motor Credit Corp.** | ■ D  **2.33**<br>☐ E/F _____<br>☐ G _____ |

| 2.19 | **Ronald Knori** | 58 Longview Heights Place<br>Longview, WA 98632 | **Toyota Motor Credit Corp.** | ■ D  **2.34**<br>☐ E/F _____<br>☐ G _____ |

| 2.20 | **Ronald Knori** | 58 Longview Heights Place<br>Longview, WA 98632 | **Toyota Motor Credit Corp.** | ■ D  **2.35**<br>☐ E/F _____<br>☐ G _____ |

| 2.21 | **Ronald Knori** | 58 Longview Heights Place<br>Longview, WA 98632 | **Toyota Motor Credit Corp.** | ■ D  **2.36**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | EcoCab Portland, LLC | Case number *(if known)* | 17-31000-tmb7 |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | Ronald Knori | 58 Longview Heights Place Longview, WA 98632 | Toyota Motor Credit Corp. | ■ D __2.37__ ☐ E/F _____ ☐ G _____ |
| 2.23 | Ronald Knori | 58 Longview Heights Place Longview, WA 98632 | Toyota Motor Credit Corp. | ■ D __2.38__ ☐ E/F _____ ☐ G _____ |
| 2.24 | Ronald Knori | 58 Longview Heights Place Longview, WA 98632 | US Bank Equipment Finance | ■ D __2.40__ ☐ E/F _____ ☐ G _____ |
| 2.25 | Ronald Knori | 58 Longview Heights Place Longview, WA 98632 | US Bank Equipment Finance | ■ D __2.41__ ☐ E/F _____ ☐ G _____ |
| 2.26 | Ronald Knori | 58 Longview Heights Place Longview, WA 98632 | Waste Management | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.27 | Ronald Knori | 58 Longview Heights Place Longview, WA 98632 | Hitachi | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.28 | Ronald Knori | 58 Longview Heights Place Longview, WA 98632 | Red Canoe Credit Union | ■ D __2.19__ ☐ E/F _____ ☐ G _____ |
| 2.29 | Twin City Painting, Inc. | 1424 Commerce Ave Longview, WA 98632 | US Bank Equipment Finance | ■ D __2.40__ ☐ E/F _____ ☐ G _____ |

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.30 | **Twin City Painting, Inc.** | **1424 Commerce Ave Longview, WA 98632** | **US Bank Equipment Finance** | ■ D    2.41 <br> ☐ E/F _____ <br> ☐ G _____ |

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- | --- |
| 3.1. | **Carebourn Capital L.P.**<br>**8700 Blackoaks Ln. N**<br>**Maple Grove, MN 55311** | Oct 2016 -<br>Jan 2017 | $50,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Hunter, Caroline**<br>**845 SW 17th St.**<br>**Fort Lauderdale, FL 33315** | Sept 2016 -<br>Janu 2017 | $50,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Patricia A. Verdine v. Kyle S. Bell and Ecocab Portland, LLC** **17CV12170** | **Negligence, Negligence Per Se** | **Multnomah County Circuit Court** **Portland, OR** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1<br>. | **Twin City Painting, Inc.**<br>**1424 Commerce Ave**<br>**Longview, WA 98632** | **$25,000 on 9/15/16 and $50,000 on 10/8/16** |  | **$75,000.00** |
|  | **Relationship to debtor**<br>**Creditor** |  |  |  |
| 13.2<br>. |  | **Teller transfers of funds from BofA**<br>**Chekcing account #0425 & 0424**<br><br>**3/9/17  $53,433.50;**<br>**2/28/17 $21,381.00;**<br>**3/9/17 $31,881.59; and**<br>**2/28/17  $47,500.00** |  |  |
|  | **Bank of America**<br>**Checking Acct Ending in 4815** |  |  | **$154,196.09** |
|  | **Relationship to debtor**<br>**Unknown** |  |  |  |
| 13.3<br>. | **Cash Transfer from Bank of America**<br>**Checking Acct ending in 0454** | **$10,000 cash withdraw from account** | **3/9/17** | **$10,000.00** |
|  | **Relationship to debtor**<br>**Unknown** |  |  |  |

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---------|-------------------------------|

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|-----------------------------------------------------------------------------|

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|----------|-------------------------------------------------------------------|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Richard Tomlinson CPA**<br>**2868 W 10460 S**<br>**South Jordan, UT 84095** | **2016** |
| 26a.2. | **Barbara Doslin**<br>**32660 Woods Dr**<br>**Warren, OR 97053** | **2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brian Conway** | **15 Elvis Blvd**<br>**Chester, NJ 10918** | **CEO, President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Liberated Energy, Inc.** | **aka The Go Eco Group**<br>**2 Coleman Ct**<br>**Southampton, NJ 08088** | **Sole Member** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Ronald Knori** | **58 Longview Heights Place Longview, WA 98632** | **100% owner; Manager** | **Owner - To October 2016 Manager - October 2016 - February 2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. |  |  |  | **6 checks for around $30,000 total, but did not cash the last 3 checks, cashed about $15,000 worth with the other $15,000 remaining undeposited.** |
|  | **Ronald Knori 58 Longview Heights Pl Longview, WA 98632** | **$15,000** | **November 2016 - January 2017** |  |
|  | **Relationship to debtor** **Former Owner & Manager** |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Case 17-31000-tmb7    Doc 64    Filed 05/18/17

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2017**

**/s/ Ronald Knori**                  **Ronald Knori**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Former Owner, Court Appointed Designee**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes