**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
**Troy G. Sexton, OSB #115184**
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>ECOCAB PORTLAND, LLC<br><br>Alleged Debtor. | Case No. 17-31000-tmb7<br><br>MOTION FOR ENTRY OF ORDER RELEASING FUNDS TO PETITIONING CREDITORS |

Petitioning Creditors Paul Bernal ("Bernal"), Dan Davis ("Davis"), and John McRoberts ("McRoberts") (collectively the "Petitioning Creditors"), hereby move the Court (the "Motion") for the entry of an Order withdrawing the funds on deposit with the court, pursuant to LBR 7067-1(d).

In support of this motion, Petitioning Creditors assert the following:

1. Petitioning Creditors filed an Involuntary Petition for EcoCab Portland, LLC on March 23, 2017 (the "Company").

2. On March 31, 2017, Petitioning Creditors filed a Notice of Indemnity Bond with the court (Dkt. #18) and deposited $5,000.00 with the court (Dkt #19).

Page 1 of 2 – MOTION FOR ENTRY OF ORDER RELEASING FUNDS TO PETITIONING CREDITORS

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-31000-tmb7    Doc 75    Filed 06/16/17

3. Amy Mitchell is the duly appointed Chapter 7 trustee in this matter, and the $5,000.00 bond deposit that was made to the court by Petitioning Creditors is no longer necessary.

4. The funds in their entirety should be disbursed to "Vanden Bos & Chapman Lawyers Trust Account fbo Ron Knori" and sent to Douglas R. Ricks, Vanden Bos & Chapman LLP, 319 SW Washingotn St., Suite 520, Portland, OR 97204.

5. Pursuant to LBR 7061-1(d), Ron Knori's address is 58 Longview Heights Place, Longview, WA 98632.

WHEREFORE, the Petitioning Creditors respectfully request that the court enter an order releasing the funds as described in this Motion.

Dated: June 16, 2017     /s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Of Attorneys for Petitioning Creditor

Page 2 of 2 – MOTION FOR ENTRY OF ORDER RELEASING FUNDS TO PETITIONING CREDITORS

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-31000-tmb7    Doc 75    Filed 06/16/17

# CERTIFICATE OF SERVICE

I, Troy G. Sexton, hereby certify that on June 16, 2017, I served, by first class mail, a full and true copy of the foregoing MOTION FOR ENTRY OF ORDER RELEASING FUNDS TO PETITIONING CREDITORS on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Portland, Oregon:

| | |
|---|---|
| Brian Conway<br>15 Elvis Blvd<br>Chester, NY 10918 | EcoCab Portland, LLC<br>3250 NW Yeon Ave.<br>Portland, OR 97210 |
| Oregon Dept of Labor and Industries<br>Bernadette Yap-Sam (Ref 17-0601)<br>1400 Executive Pkwy #200<br>Eugene, OR 97401 | Joshua D. Stadtler<br>851 SW 6th Avenue #1500<br>Portland, OR 97204 |

Additionally, I certify that on June 16, 2017, a full and true copy of the foregoing MOTION FOR ENTRY OF ORDER RELEASING FUNDS TO PETITIONING CREDITORS was serviced on the following recipients electronically via ECF:

- MICHELLE M BERTOLINO    mbertolino@fwwlaw.com, kmuir@fwwlaw.com;ngrimes@fwwlaw.com;lseiji@fwwlaw.com
- MARK B COMSTOCK    mcomstock@ghrlawyers.com, jdavison@ghrlawyers.com;tbrinlee@ghrlawyers.com
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com;atrauman@portlaw.com
- JUSTIN D LEONARD    jleonard@LLG-LLC.com, justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com
- ERIC A MARSHACK    emarshack@rcolegal.com, ecfor@rcolegal.com;rcofilings@ecf.courtdrive.com;emarshack@ecf.courtdrive.com
- LISA M McMAHON-MYHRAN    lmcmahon@robinsontait.com, ncarson@robinsontait.com;ssears@robinsontait.com;sjosephson@robinsontait.com
- Amy E Mitchell    mitchelltrustee@comcast.net, amitchell@ecf.epiqsystems.com
- DOUGLAS R RICKS    vbcservicedougr@yahoo.com, doug@vbcattorneys.com
- TROY SEXTON    tsexton@portlaw.com, nhenderson@portlaw.com,csturgeon@portlaw.com,mmyers@portlaw.com

- DANIEL L STEINBERG    dsteinberg@williamskastner.com, lydia.paterson@greenemarkley.com
- SKYLER M TANNER    tanners@lanepowell.com, beldingt@lanepowell.com;docketing-pdx@lanepowell.com;barkerd@lanepowell.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

Dated: June 16, 2017        /s/ Troy G. Sexton
                                                  Troy G. Sexton