DISTRICT OF OREGON
**FILED**
January 29, 2018

**Clerk, U.S. Bankruptcy Court**

IT IS ORDERED AND NOTICE IS GIVEN that unless within 23 days of the date in the FILED stamp above an interested party BOTH: (1) files a written objection to the Motion below, SETTING FORTH the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with 3 or 4, at 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with a 6 or 7, at 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy on the movant and any attorney for the movant at the service address(es) below, the movant will thereafter settle and compromise the matter upon the terms below and the settlement will be deemed approved without further order.

Trish M Brown
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**EcoCab Portland, LLC,**<br><br>Debtor(s) | Case No. **17-31000-tmb7**<br><br>MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE, **AND ORDER THEREON** |

The undersigned trustee, **Amy E. Mitchell**, moves to settle and compromise the following described dispute upon the following terms:

**The Trustee proposes to settle claims of and against creditor Advantage Funding Commercial Capital Corp. ("Advantage"), as follows:**

**BACKGROUND**

**Advantage financed the purchase by debtor EcoCab Portland, LLC ("EcoCab") of five 2012 handicap-accessible vans (the "Vehicles") that were previously owned by Ambulance Management Services ("AMS") and financed by Ally Financial ("Ally"). TCI Funding ("TCI") was the dealer that processed that transaction and purchased the Vehicles from AMS and then sold them to EcoCab. TCI was the party responsible for processing all of the paperwork to transfer the certificates of title from AMS to EcoCab, including noting Advantage on the titles. However, TCI failed to complete this as to four of the Vehicles (those with VINs ending in -235, -075, -205, and -166). Titles to these four vehicles have yet to be transferred to EcoCab. As to the fifth vehicle (VIN -090), title was transferred to Advantage prior to the bankruptcy filing. However, the Trustee contends the title/lien transfer was within the preference period and is avoidable and can be recovered for the benefit of the Estate and its creditors.**

**Three of the Vehicles (VIN -075, -166, and -090) are located at 1210 13th Street in Salem, Oregon, and the other two Vehicles (VIN -235 and -205) are located at 2305 McGilchrist Street in Salem, Oregon. The Trustee has been in negotiations with the car repair lots that hold those vehicles about releasing the Vehicles and allowing their sale.**

**Absent this settlement, litigation would be necessary. The Trustee would likely need to file a lawsuit against Advantage and Ally (and possibly AMS) to recover and clean the titles to the Vehicles in the name of AMS, because Ally and/or Advantage have a lien or security interest in the Vehicles.**

 ***** CONTINUED ON NEXT PAGE *****

###

DATE: _____ _____
                                                    Trustee

Service Address: _____

_____

Name of Attorney for Trustee: _____

Service Address: _____

_____

761.2 (6/15/16) **Page 2 of 2**

Case 17-31000-tmb7    Doc 101    Filed 01/29/18